William D. FREEMAN, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 04–3399.

United States Court of Appeals, Federal Circuit.

Sept. 13, 2004.

Phyllis Jo Baunach, Principal Attorney, James M. Kinsella, David M. Cohen, of Counsel, Washington, DC, for Respondent.

Bruce B. Hochman, Principal Attorney, Lambert, Coffin, Rudman & Hochman, Portland, ME, for Petitioner.

ORDER

Order Vacated, See 2004 WL 2287774.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

for failure to prosecute in accordance with the rules.